# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-12097-MDC

JOSPEH WALKER

6715 HAVERFORD AVENUE

PHILADELPHIA, PA 19151-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSPEH WALKER

    6715 HAVERFORD AVENUE

    PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

    IRWIN LEE TRAUSS
    718 ARCH ST
    SUITE 300 N
    PHILADELPHIA, PA 19106-

Date: 5/31/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee