# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 19-12097-MDC

JOSPEH  WALKER

6715 HAVERFORD AVENUE

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOSPEH  WALKER

    6715 HAVERFORD AVENUE

    PHILADELPHIA, PA 19151-

**Counsel for debtor(s), by electronic notice only.**
    IRWIN LEE TRAUSS
    718 ARCH ST
    SUITE 300 N
    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                                   /s/ William C. Miller

Date: 7/18/2019

                                                             _____

                                                            William C. Miller, Esquire
                                                            Chapter 13 Standing Trustee