```
000627
CO.    FILE    DEPT.    CLOCK    NUMBER    130
```

**Earnings Statement**    ADP

TEAM CAR CARE LLC
105 DECKER COURT, SUITE 900
IRVING, TX 75062
PHONE: 972-812-7920

Period Beginning:    01/18/2019
Period Ending:       01/31/2019
Pay Date:            02/07/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:    0
    PA:         N/A

JOSEPH N WALKER
6715 HAVERFORD AVE
PHILADELPHIA PA 19151

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 65.70 | 657.00 | 1,705.70 |
| **Gross Pay** | | | **$657.00** | 1,705.70 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -53.83 | 130.39 |
| | Social Security Tax | -40.73 | 105.75 |
| | Medicare Tax | -9.52 | 24.73 |
| | PA State Income Tax | -20.17 | 52.37 |
| | Philadelphia Income Tax | -25.50 | 66.19 |
| | PA SUI/SDI Tax | -0.39 | 1.02 |

| Net Pay | $506.86 |
|---|---|
| Net Check | $506.86 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sck Avail Bal | 24.52 | |
| Total Work Hrs | 65.70 | |
| Mtd Reg Earns | | 657.00 |
| Employee Id | | 902823 |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 972-812-7920

Your federal taxable wages this period are $657.00

2006. ADP, LLC  All Rights Reserved.

```
000791
CO.    FILE    DEPT.    CLOCK   NUMBER    130
X

TEAM CAR CARE LLC
105 DECKER COURT, SUITE 900
IRVING, TX 75062
PHONE: 972-812-7920
```

# Earnings Statement  ADP

Period Beginning:    02/01/2019
Period Ending:       02/14/2019
Pay Date:            02/21/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:   0
    PA:        N/A

JOSEPH N WALKER
6715 HAVERFORD AVE
PHILADELPHIA PA 19151

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 64.96 | 649.60 | 2,355.30 |
| Gross Pay | | | $649.60 | 2,355.30 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -52.94 | 183.33 |
| | Social Security Tax | -40.28 | 146.03 |
| | Medicare Tax | -9.42 | 34.15 |
| | PA State Income Tax | -19.94 | 72.31 |
| | Philadelphia Income Tax | -25.21 | 91.40 |
| | PA SUI/SDI Tax | -0.39 | 1.41 |

Net Pay     $501.42
Net Check   $501.42

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sck Avail Bal | 25.53 | |
| Total Work Hrs | 64.96 | |
| Mtd Reg Earns | | 1,306.60 |
| Employee Id | | 902823 |

Important Notes
YOUR COMPANY'S ER PHONE NUMBER IS 972-812-7920

Your federal taxable wages this period are $649.60

2006. ADP, LLC All Rights Reserved.

### The Following Pay Stubs Were Received:

| Pay Date | Employer | Total Wages | Date Received |
|---|---|---|---|
| 02/07/2019 | TEAM CAR CARE LL | $657.00 | 03/28/2019 |
| 02/21/2019 | TEAM CAR CARE LL | $649.60 | 03/28/2019 |

```
000695
CO.    FILE    DEPT.    CLOCK   NUMBER    130
```

TEAM CAR CARE LLC
105 DECKER COURT, SUITE 900
IRVING, TX 75062
PHONE: 972-812-7920

**Earnings Statement** — ADP

Period Beginning:  02/15/2019
Period Ending:     02/28/2019
Pay Date:          03/07/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:    0
  PA:         N/A

JOSEPH N WALKER
6715 HAVERFORD AVE
PHILADELPHIA PA 19151

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 76.33 | 763.30 | 3,118.60 |
| Gross Pay | | | $763.30 | 3,118.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -66.58 | 249.91 |
| | Social Security Tax | -47.32 | 193.35 |
| | Medicare Tax | -11.07 | 45.22 |
| | PA State Income Tax | -23.44 | 95.75 |
| | Philadelphia Income Tax | -29.62 | 121.02 |
| | PA SUI/SDI Tax | -0.46 | 1.87 |

Net Pay     $584.81

Net Check   $584.81

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sck Avail Bal | 27.58 | |
| Total Work Hrs | 76.33 | |
| Mtd Reg Earns | | 763.30 |
| Employee Id | | 902823 |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 972-812-7920

Your federal taxable wages this period are $763.30

006. ADP, LLC All Rights Reserved.

**The Following Pay Stubs Were Received:**

| Pay Date | Employer | Total Wages | Date Received |
|---|---|---|---|
| 03/07/2019 | TEAM CAR CARE LL | $763.30 | 03/28/2019 |
| 03/21/2019 | TEAM CAR CARE LL | $793.40 | 03/28/2019 |

```
000817
CO.     FILE     DEPT.    CLOCK NUMBER    130
```

# Earnings Statement  ADP

TEAM CAR CARE LLC
105 DECKER COURT, SUITE 900
IRVING, TX 75062
PHONE: 972-812-7920

Period Beginning: 03/01/2019
Period Ending:   03/14/2019
Pay Date:        03/21/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  PA:       N/A

JOSEPH N WALKER
6715 HAVERFORD AVE
PHILADELPHIA PA 19151

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 78.57 | 785.70 | 3,904.30 |
| Overtime | 15.0000 | .18 | 2.70 | 2.70 |
| **Gross Pay** | | | **$788.40** | 3,907.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -69.60 | 319.51 |
| | Social Security Tax | -48.88 | 242.23 |
| | Medicare Tax | -11.43 | 56.65 |
| | PA State Income Tax | -24.20 | 119.95 |
| | Philadelphia Income Tax | -30.60 | 151.62 |
| | PA SUI/SDI Tax | -0.47 | 2.34 |

**Net Pay**     $603.22

**Net Check**   $603.22

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sck Avail Bal | 29.63 | |
| Total Work Hrs | 78.75 | |
| Mtd Reg Earns | | 1,549.00 |
| Mtd Reg Ot | | 2.70 |
| Employee Id | | 902623 |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 972-812-7920

Your federal taxable wages this period are $788.40

ADP, LLC All Rights Reserved.

```
001613
CO.    FILE    DEPT.   CLOCK  NUMBER    130
```

TEAM CAR CARE LLC
105 DECKER COURT, SUITE 900
IRVING, TX 75062
PHONE: 972-812-7920

Taxable Marital Status:  Single
Exemptions/Allowances:
 Federal:     0
 PA:          N/A

# Earnings Statement

**ADP**

Period Beginning:  03/15/2019
Period Ending:     03/28/2019
Pay Date:          04/04/2019

JOSEPH N WALKER
6715 HAVERFORD AVE
PHILADELPHIA PA 19151

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 72.53 | 725.30 | 4,629.60 |
| Overtime | 15.0000 | .48 | 7.20 | 9.90 |
| Bonus | | | | 5.00 |
| **Gross Pay** | | | **$732.50** | 4,644.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -62.89 | 383.50 |
| | Social Security Tax | -45.42 | 287.96 |
| | Medicare Tax | -10.63 | 67.35 |
| | PA State Income Tax | -22.49 | 142.59 |
| | Philadelphia Income Tax | -28.42 | 180.23 |
| | PA SUI/SDI Tax | -0.44 | 2.79 |
| **Net Pay** | | | **$562.21** |
| **Net Check** | | | **$562.21** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sck Avail Bal | 31.67 | |
| Total Work Hrs | 73.01 | |
| Mtd Reg Earns | | 725.30 |
| Mtd Reg Ot | | 7.20 |
| Employee Id | | 902823 |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 972-812-7920

Your federal taxable wages this period are $732.50

©1998, 2006. ADP, LLC All Rights Reserved.

TEAR HERE

```
000617
CO.    FILE    DEPT.    CLOCK NUMBER    130
```

**TEAM CAR CARE LLC**
**105 DECKER COURT, SUITE 900**
**IRVING, TX 75062**
**PHONE: 972-812-7920**

## Earnings Statement — ADP

Period Beginning: 03/29/2019
Period Ending: 04/11/2019
Pay Date: 04/18/2019

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 0
　PA: N/A

**JOSEPH N WALKER**
**6715 HAVERFORD AVE**
**PHILADELPHIA PA 19151**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 78.78 | 787.80 | 5,417.40 |
| Overtime | 15.0000 | 1.32 | 19.80 | 29.70 |
| Bonus | | | | 5.00 |
| **Gross Pay** | | | **$807.60** | 5,452.10 |

| Deductions Statutory | | |
|---|---|---|
| Federal Income Tax | -71.90 | 455.40 |
| Social Security Tax | -50.07 | 338.03 |
| Medicare Tax | -11.71 | 79.06 |
| PA State Income Tax | -24.80 | 167.39 |
| Philadelphia Income Tax | -31.34 | 211.57 |
| PA SUI/SDI Tax | -0.48 | 3.27 |

**Net Pay** $617.30

**Net Check** $617.30

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sck Avail Bal | 33.72 | |
| Total Work Hrs | 80.10 | |
| Mtd Reg Earns | | 1,513.10 |
| Mtd Reg Ot | | 27.00 |
| Employee Id | | 902823 |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 972-812-7920

Your federal taxable wages this period are $807.60

2006 ADP, LLC All Rights Reserved.



| Date | Take Home | Hours | Gross Pay |
|---|---|---|---|
| May 2, 2019 | $734.66 | 82.4 hours | $967.61 |
| Apr 18, 2019 | $617.30 | 80.1 hours | $807.60 |
| Apr 4, 2019 | $562.21 | 73.01 hours | $732.50 |
| Mar 21, 2019 | $603.22 | 78.75 hours | $788.40 |

⬇ LOAD MORE

Additional Benefits