UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------X

In re : Chapter 13

**SALLY SHERIDAN** : Case No. 23-11337

:

Debtor(s). :

:

:

---------------------------------X

**ORDER**

AND NOW, this 16th day of Nov., 2023, upon consideration of the Debtor's Motion to Approve HUD Partial Claim (Dkt. No. 27), and after notice and a hearing, and there being no opposition, it is hereby **ORDERED** as follows:

1. The Debtor's Motion is **GRANTED**.

2. The amounts set forth in the HUD Partial Claim approval shall be paid to Debtor's Mortgage Servicer MIDLAND MORTGAGE.

3. Debtor shall promptly file a motion to modify the confirmed Chapter 13 Plan to reduce Plan funding to MIDLAND MORTGAGE in accordance with the above.

BY THE COURT,

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge