# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* | ATTORNEYS AT LAW | CAITLIN M. DONNELLY* |
| LISA A. LEE* | _____ | NICHOLAS J. ZABALA* |
| KRISTINA G. MURTHA* | | REBECCA A. SOLARZ* |
| BRIAN C. NICHOLAS* | SUITE 5000 | NORA C. VIGGIANO* |
| *PA & NJ BAR | 701 MARKET STREET | DENISE CARLON* |
| | PHILADELPHIA, PENNSYLVANIA 19106-1532 | RICHARD ABEL |
| | (215) 627-1322 | UJALA AFTAB* |
| | (866) 413-2311 | EVAN J. HARRA* |
| | FAX (215) 627-7734 | MARIA MIKSICH |
| | | J. ERIC KISHBAUGH* |
| | | BROOKE R. WAISBORD |

**WWW.KMLLAWGROUP.COM**

January 22, 2021

Chief Judge Magdeline D. Coleman
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

RE:  In re Joseph Walker, 19-12097 MDC
     M&T Bank v. Walker, Motion to Dismiss

Dear Judge Coleman:

      I represent M&T Bank in the above-captioned bankruptcy in which M&T Bank filed a Motion to Dismiss or, in the alternative, for Relief from the Automatic Stay on September 18, 2020.  On December 3, 2020, Your Honor required that the parties file any additional documentary evidence by January 8, 2021.  Based upon the submitted documents, either party could then file a response requesting that a supplemental evidentiary hearing be heard on February 19, 2021.

      Pursuant to Your Honor's instructions, I am requesting that the evidentiary hearing take place on February 19, 2021 to allow for testimony from Debtor regarding the documents he filed on January 8, 2021 and January 9, 2021.

      Your Honor's consideration in this matter is greatly appreciated.

                  Respectfully yours,

                  KML LAW GROUP, P.C.

                  <u>/s/Rebecca A. Solarz</u>
                  Rebecca A. Solarz
                  Attorney for M&T Bank
                  215-825-6327
                  rsolarz@kmllawgroup.com

cc:  Irwin Trauss via electronic notification and email