**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: Joseph Walker | | : | CHAPTER 13 |
| | Debtor | : | BANKRUPTCY NO.19-12097 |
| M&T Bank | | | |
| | Movant | : | |
| v. | | | |
| Joseph Walker | | : | |
| | Debtor | | |
| Tina Sloan | | | |
| | Co-Debtor | : | |
| William C. Miller, Esq. | | : | |
| | Trustee | : | |

**STATUS REPORT AND REQUEST FOR EVIDENTIARY HEARING**

Pursuant to the court's order of December 3, 2020 Joseph

Walker, by his undersigned attorney, is requesting that the

evidentiary hearing, which had been tentatively scheduled for

February 19, 2021 on the motion of M&T Bank to dismiss Debtor's

chapter 13 bankruptcy and in the alternative for relief from the

automatic stay, go forward.  The parties to date have not been

able to arrive at a stipulated record and movant has not

accepted Debtor's Proffer.

Respectfully submitted,

/s/ Irwin Trauss
Irwin Trauss, Esquire
Attorney for Debtor
PHILADELPHIA LEGAL ASSISTANCE
718 Arch Street, Suite 300N
Philadelphia, PA 19102
(215) 981-3811
(215)981 3870(fax)
itrauss@philalegal.org