### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Joseph Walker                           :          CHAPTER 13

                 Debtor             :          BANKRUPTCY NO.19-12097

### APPLICATION TO ENLARGE TIME TO FILE AND SERVE DOCUMENTS FOR USE AT VIRTUAL HEARING SCHEDULED FOR FEBRUARY 19, 2021

    Debtor, by his attorney, moves this Court, pursuant to Bankruptcy Rule 9006(b)(1), to enlarge the time for Debtor to File and Serve the Documents required pursuant to the Order Governing Procedures at Evidentiary Hearing Conducted Remotely by Video Conference (Procedural Order) in the above captioned matter and in support thereof states as follows:

    1. The Court has scheduled a virtual hearing for February 19, 2021 at 10:30 a.m. on (1) Trustee's Amended Motion for Dismissal; (2)M&T Bank's Motion to Dismiss the Bankruptcy Proceeding or in the Alternative for Relief from the Automatic Stay and (3) Confirmation of the Plan.

    2. In connection with that remote evidentiary hearing the court has issued an order governing the procedures at that hearing that requires the parties to file and serve certain documents in connection with the hearing on or before February 12, 2021.

    3. The documents include pre-marked copies of the exhibits the parties intend to offer into evidence as well as certain information about the witnesses that will be testifying.

2

4. Many of the exhibits that Debtor will be offering concern administrative proceedings involving Debtor's unemployment claim with the Pennsylvania Department of Labor and Industry that are not readily available to Debtor or his counsel in the instant bankruptcy and have to be obtained from sources over which his counsel does not have control. There are also documents – such as the Debtor's account statements - that are subject to repeated periodic updating. The most relevant such statements are the most recent and they are not readily available and are not accurate until periodically updated. Finally, there are documents that are within Debtor's possession, but because of the restrictions resulting from the Pandemic, Debtor's restricted ability to travel, limited financial resources and his lack of access to technology, they are documents which Debtor has been unable to get to his attorney in a form suitable for submission to the court. Many of these documents have been transmitted to his attorney as photographs from Debtor's phone, but they are not ideally suited as Exhibits at trial.

5. Also, it is not clear how Debtor will be able to participate at trial so that the answers to those questions required by the court order are not yet readily available. Debtor has access to a smart phone, but it is not likely suitable for participation in a hearing. Further Debtor is not familiar with remote access software and has not used it before.

6. Debtor lives with Tina Sloan, the mother of their minor daughter. Ms Sloan is being treated for cancer and is immuno-compromised. This makes it difficult for Debtor and for Ms Sloan to have third parties come into their home and requires Debtor to limit his interactions with others. As a result, Debtor and his counsel have not yet been able to figure out from what location Debtor will be able to participate in the hearing. Also, to the extent it may be necessary for Tina Sloan to testify, Debtor and his counsel have not been able to determine the logistics of enabling that to occur.

7. For these reasons, Debtor and his counsel are not yet able to provide the information required by the Procedural Order for all of Debtor's witnesses.

8. Debtor, through his attorney, has been working diligently on addressing these issues and expected for many of them to have been resolved in time for him to file and serve most of the required documents and information before February 12, 2021, but that has not turned out to be the case.

9. Debtor anticipates that most, if not all, of the required documents and information will be available for transmission by the end of the day on Tuesday February 16, 2021 (the day after the President's Day Holiday.)

WHEREFORE, Debtor prays this Court to enlarge the time in which he may file the documents and information required by the Procedural Order to February 16, 2021.

                                       Respectfully submitted,

                                       /s/Irwin Trauss
                                       IRWIN TRAUSS, ESQUIRE
                                       Attorney for Debtor/Plaintiff
                                       PHILADELPHIA LEGAL ASSISTANCE
                                       718 Arch Street, Suite 300N
                                       Philadelphia, PA 19106
                                       (215) 981-3811
                                       (215) 437-2832 (cell)
                                       Itrauss@philalegal.org