## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:   Joseph Walker                    :          CHAPTER 13

                      Debtor              :          BANKRUPTCY NO. 19-12097

### O R D E R

AND NOW, this   19th   day of   February   , 2021, upon consideration of Debtor's application for an extension of time to file the documents and information required by the Procedural Order of January 28, 2021 Governing Procedures a Evidentiary Hearing Conducted Remotely by Video Conference it is hereby ORDERED that said application is GRANTED and that the debtor shall have until on or before **March 11, 2021** in which to file and serve the required documents and to provide the information required by that Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge