*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Joseph Walker
    Debtor(s)

Case No: 19−12097−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*
Motion to Dismiss Case. MOTION OF M&T BANK TO DISMISS THE BANKRUPTCY PROCEEDING OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY Filed by M&T BANK Represented by REBECCA ANN SOLARZ

on: 4/23/21

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/12/21

Timothy B. McGrath
Clerk of Court