# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Joseph Walker | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO. 19-12097 |

## O R D E R

AND NOW, this 27th day of July 2021, upon consideration of Debtor's application for extension of time to file briefs, it is hereby ORDERED that said application is GRANTED and that the briefing schedule is amended as follows: Simultaneous Briefs Due to be filed by **July 26, 2021**; Reply Briefs to be filed **August 13, 2021**.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc:   Irwin Trauss, Esquire
Philadelphia Legal Assistance
718 Arch Street, Suite 300 N
Philadelphia, PA l9l0

Rebbecca Ann Solarz , Esquire
KML Law Group
701 Market Street, Suite 500
Philadelphia, Pa 19106