**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Joseph Walker, | : | |
| Debtor. | : | Bankruptcy No. 19-12097-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss[1] and for the reasons set forth in the accompanying Memorandum.

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED**.

**IT IS FUTHER ORDERED** that the Motion for Relief is **DENIED WITHOUT PREJUDICE.**

Dated: April 29, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Irwin L. Trauss, Esquire
Philadelphia Legal Services
718 Arch Street, Suite 300 N
Philadelphia, PA 19106

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

---

[1] Capitalized terms used herein but not defined shall have the meaning given to them in the accompanying Memorandum.

Kenneth E. West, Esquire
Chapter 13 Standing Trustee Office
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106