**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Danielle Simmons, | : | |
| Debtor. | : | Bankruptcy No.  15-14777-MDC |

# O R D E R

     **AND NOW**, it is hereby **ORDERED** that the Court's previously entered Order Denying Supplemental Application for Compensation dated June 22, 2020,[1] is hereby **VACATED**.

Dated: July 6, 2020

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE

Georgette Miller, Esquire
Margolis Edelstein
100 Century Parkway, Suite 200
Mount Laurel, NJ 08054

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[1] Bankr. Docket No. 144.