**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Joseph Walker aka Joe Walker**<br>　　　　　　　　　　　　**Debtor(s)** | **BK NO. 19-12097 MDC** |
| **M&T Bank**<br>　　　　　　　　　　　　**Movant**<br>　　**vs.** | **Chapter 13**<br><br>**Related to Claim No. 3** |
| **Joseph Walker aka Joe Walker**<br>　　　　　　　　　　　　**Debtor(s)** | |
| **Kenneth E. West Esq.**,<br>　　　　　　　　　　　　**Trustee** | |

**CERTIFICATE OF SERVICE**
**NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 01, 2022 I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Joseph Walker aka Joe Walker
6715 Haverford Avenue
Philadelphia, PA 19151

Attorney for Debtor(s)
IRWIN TRAUSS, ESQUIRE
718 Arch Street
Suite 300 N
Philadelphia, PA 19106

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>December 01, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington Esq.**
　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com